IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CHESTER BARRETT, JAMES WHITE, MARY WHITE, MONROE FORD, VERTOLA STUBBS, and all others similarly situated,

Plaintiffs,

vs.

UNITED INSURANCE COMPANY OF AMERICA, INC. and THE KEMPER CORPORATION,

Defendants.

CIVIL ACTION NO. 4:17-CV-00215-WTM-GRS

## ORDER EXTENDING TIME AND ESTABLISHING BRIEFING SCHEDULE

After having considered the *Joint Motion to Extend Time and to Establish a Briefing Schedule for Defendants' Motion to Dismiss,* the Court ORDERS that such motion be, and is hereby, GRANTED. The briefing schedule shall be as follows:

(1) Defendants shall answer or otherwise respond to Plaintiffs' Complaint on or before December 11, 2017;

(2) Plaintiffs shall respond to any motion to dismiss filed by Defendants on or before January 19, 2018; and

(3) Defendants shall file any reply brief on or before February 2, 2018.

SIGNED __Nov. 14__, 2017.

G.R. Smith
United States Magistrate Judge
Southern District of Georgia