# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | | |
|---|---|---|
| MINERVA BARRETT, Executrix of the Estate of Chester Barrett, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV417-215 |
| UNITED INSURANCE COMPANY OF AMERICA, INC., | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

On March 2, 2021, the parties filed a Joint Status Report. Doc. 71. Within this status report, the parties requested a stay pending the Court ruling on the currently pending motions. *Id.* at 1. This Court is a motions Court. If the parties seek relief, they must do so in a motion.

**SO ORDERED,** this <u>5th</u> day of April, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA